■ DAVID CZAPLA, Appellant, v RICHARD EBERHARDT et al., Respondents. [639 NYS2d 758]

Present—Denman, P. J., Green, Fallon, Callahan and Doerr, JJ.